**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ESTELLA REDMOND, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | Civil Action No. 16-cv-09083 |
| v. | ) | |
| | ) | Hon. Charles R. Norgle Sr. |
| FINANCIAL BUSINESS AND | ) | |
| CONSUMER SOLUTIONS, INC., d/b/a | ) | Magistrate Judge Sidney Schenkier |
| FBCS SERVICES, | ) | |
| | ) | |
| DEFENDANT. | ) | |

**NOTICE OF ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT**

Plaintiff, Estella Redmond by and through her attorneys, hereby accepts Defendant Financial Business & Consumer Solutions, Inc. Rule 68 Offer of Judgment, attached hereto as Exhibit A, and requests that this Honorable Court (1) enter the judgment, and (2) grant leave to parties to confer pursuant to Local Rule 54.3 on Plaintiff's attorneys' fees and costs, and to file their joint statement within 30 days.

**Dated: December 7, 2016**

Respectfully submitted,

By: /s/ *Celettha Chatman*
One of Plaintiff's Attorneys

Celetha Chatman
Michael Wood
***Community Lawyers Group, Ltd.***
73 W. Monroe Street, Suite 502
Chicago, IL 60603
Ph: (312) 757-1880
Fx: (312) 476-1362
mwood@communitylawyersgroup.com
cchatman@communitylawyersgroup.com

## CERTIFICATE OF SERVICE

I, Celetha Chatman, an attorney, hereby certify that on December 7, 2016, I electronically filed the foregoing document using the CM/ECF system, which will send notification of such filing to all attorneys of record.

**Dated:** December 7, 2016

Respectfully submitted,

By: */s/ Celetha Chatman*
One of Plaintiff's Attorneys

Celetha Chatman
Michael Wood
***Community Lawyers Group, Ltd.***
73 W. Monroe Street, Suite 502
Chicago, IL 60603
Ph: (312) 757-1880
Fx: (312) 476-1362
mwood@communitylawyersgroup.com
cchatman@communitylawyersgroup.com