# EXHIBIT A

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ESTELLA REDMOND,<br><br>Plaintiff,<br><br>vs.<br><br>FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC., d/b/a FBCS SERVICES;<br><br>Defendant. | ) | Case No. 1:16-cv-09083<br><br>Judge Charles R. Norgle, Sr.<br><br>Magistrate Judge Sidney I. Schenkier |

**DEFENDANT'S RULE 68 OFFER OF JUDGMENT**

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant, FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC., d/b/a FBCS SERVICES ("FBCS" or "Defendant"), by and through their attorneys, David M. Schultz and Brandon S. Stein of Hinshaw & Culbertson LLP, hereby offer and allow judgment to be entered against them in this action and state as follows:

1. Judgment shall be entered against Defendant in the amount of $1,001.00 to Plaintiff for all damages arising from Plaintiff's claims against Defendant as alleged in Plaintiff's Complaint.

2. Judgment shall also be entered against Defendant for reasonable attorneys' fees and costs associated with the prosecution of this lawsuit as agreed upon by the parties, and if no agreement can be made, to be determined by the Court.

3. Payment as directed above shall be in full and complete satisfaction of any and all claims arising from the allegations in the Plaintiff's complaint, and Plaintiff shall take nothing further for this case because judgment will be entered against Defendant and in favor of Plaintiff.

4. This offer of judgment is made solely for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure.

5. If this offer is not accepted as provided by Rule 68, it shall be deemed withdrawn and evidence thereof shall not be admissible except in the proceeding to determine costs.

FINANCIAL BUSINESS AND CONSUMER SOLUTIONS, INC., D/B/A FBCS SERVICES

*/s/ Brandon S. Stein*
Brandon S. Stein

David M. Schultz
Brandon S. Stein
Hinshaw & Culbertson LLP
222 North LaSalle Street, Suite 300
Chicago, IL 60601
Telephone: 312-704-3000
Facsimile: 312-704-3001
dschultz@hinshawlaw.com
bstein@hinshawlaw.com

**ACCEPTANCE OF OFFER OF JUDGMENT**

Plaintiff, ESTELLA REDMOND, accepts the above Offer of Judgment against Defendant, Financial Business & Consumer Solutions, Inc., d/b/a FBCS Services, pursuant to the terms set forth in said Offer of Judgment and Rule 68 of the Federal Rules of Civil Procedure.

Dated:_______________ By:_______________________________
Estella Redmond

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2016, a copy of the forgoing **Defendant's Rule 68 Offer of Judgment** was served personally via in person messenger service to the following counsel of record:

Celetha Chatman
Community Lawyers Group, Ltd.
73 W. Monroe Street, Suite 514
Chicago, IL 60603
cchatman@communitylawyersgroup.com
mwood@communitylawyersgroup.com

HINSHAW & CULBERTSON LLP

/s/*Brandon S. Stein*
Brandon S. Stein